BUILDERS BRICK AND SUPPLY COMPANY v. ANNA E. BENJAMIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FREDERICK O. FARRALL v. WILLIAM J. YENNIE.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

IRA L. WOOD v. SAMSON D. OPPENHEIM and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

STEPHEN WISE and Others v. JACOB BLUMENTHAL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE CITY OF NEW YORK v. MARIE P. WORK, as Administratrix, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE CITY OF NEW YORK v. MARIE P. WORK, as Administratrix, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

C. M. PLOWMAN & COMPANY v. VIOLET INGRAM.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HENRY S. CHAPIN and Others v. VICTOR LEONARD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HEKRU KNITTING MILLS v. MAX LAZAROWITZ and Others.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM GLANZER and Others v. LEVI SHEPARD and Others.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROSE FRENDER v. MAX BLOOMFIELD.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SCHEFF & HORINSTEIN v. PAUL ABELES, INC.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL FINKELSTEIN and Others v. NEW ENGLAND WOOLEN AND DRESS GOODS MILLS, INC.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HYMAN LIPTON v. COLUMBIA TRUST COMPANY.— Application granted. Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

EUGENE GUTMAN and Others v. BENJAMIN WEISBARTH and Others.—